# EXHIBIT A



UNITED STATES
**SECURITIES AND EXCHANGE COMMISSION**
NEW YORK REGIONAL OFFICE
BROOKFIELD PLACE, 200 VESEY STREET, SUITE 400
NEW YORK, NEW YORK 10281-1022

WRITER'S DIRECT DIAL LINE
Tel: (212) 336-0121
Email: shahte@sec.gov

May 26, 2020

**Via e-mail**
Gerald Fauth
c/o F. Joseph Warin, Esq.
Gibson, Dunn & Crutcher LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306

Re: **In the Matter of Certain Issuers Related to COVID 19 (TISO) (NY-10215)**

Dear Mr. Warin:

The staff of the Securities and Exchange Commission is conducting a non-public investigation in the matter identified above. The enclosed subpoena has been issued to your client, Gerald Fauth, as part of the above-referenced investigation. The subpoena requires Mr. Fauth to testify on June 17, 2020.

This inquiry is non-public and should not be construed as an indication by the Commission or its staff that any violation of law has occurred, nor as a reflection upon any person, entity, or security. Information provided is subject to the Commission's routine uses. A description of those uses is contained in the enclosed copy of SEC Form 1662, which you were previously provided.

If you have any questions concerning this matter, you may call me at (212) 336-0121 or John Enright, Assistant Regional Director, at (212) 336-9138.

Very truly yours,

Tejal D. Shah
Senior Counsel

Enclosures:
Subpoena



## SUBPOENA

# UNITED STATES OF AMERICA
### SECURITIES AND EXCHANGE COMMISSION

### In the Matter of Certain Issuers Related to COVID 19 (TISO) (NY-10215)

To: Gerald Fauth
c/o F. Joseph Warin, Esq.
Gibson, Dunn & Crutcher LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306

**X    YOU MUST TESTIFY** before officers of the Securities and Exchange Commission, at the place, date and time specified below:

Via WebEx video conference on **June 17, 2020** at 10:00 am.

**FEDERAL LAW REQUIRES YOU TO COMPLY WITH THIS SUBPOENA.**
Failure to comply may subject you to a fine and/or imprisonment.

By: _/s/ Tejal Shah_                                                                Date: May 26, 2020
Tejal D. Shah
Senior Counsel

I am an officer of the Securities and Exchange Commission authorized to issue subpoenas in this matter. The Securities and Exchange Commission has issued a formal order authorizing this investigation under Section 20(a) of the Securities Act of 1933 and Section 21(a) of the Securities Exchange Act of 1934.