# EXHIBIT C

| | |
|---|---|
| **From:** | Warin, F. Joseph |
| **To:** | Shah, Tejal |
| **Cc:** | Brown, Nancy A; Williamson, Brian |
| **Subject:** | Re: Gerald Fauth |
| **Date:** | Friday, March 26, 2021 3:58:38 PM |
| **Sensitivity:** | Confidential |

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

No, you are not authorized. We will obtain a letter but I would encourage you to share our letter with your supervisors. Any fair reading of our letter reveals that our client is profoundly sick and not capable of participating in a multi hour testimony session.

Best, Joe.


**F. Joseph Warin PC**

# GIBSON DUNN

Gibson, Dunn & Crutcher LLP
1050 Connecticut Avenue, N.W., Washington, DC 20036-5306
Tel +1 202.887.3609 • Mobile +1 202.213.3597
FWarin@gibsondunn.com • www.gibsondunn.com • http://www.gibsondunn.com/lawyers/fwarin


On Mar 26, 2021, at 11:21 AM, Shah, Tejal <shahte@sec.gov> wrote:

[External Email]

Dear Joe,

Thank you for the letter. During our last call, we noted that our supervisors had directed us to request a letter from Mr. Fauth's doctors explaining why his medical conditions preclude him from being able to testify for 2-3 hours from his home. Are we authorized to contact the doctors named in your letter to request the information we are seeking?

Thank you,
Tejal


**From:** Warin, F. Joseph <FWarin@gibsondunn.com>
**Sent:** Friday, March 26, 2021 10:47 AM
**To:** Shah, Tejal <shahte@SEC.GOV>; Brown, Nancy A <BrownN@SEC.GOV>
**Cc:** Williamson, Brian <BWilliamson@gibsondunn.com>
**Subject:** Gerald Fauth
**Importance:** High

**Sensitivity:** Confidential

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Dear Tejal,

Thank you for taking the time to speak with us last week. Please see the attached letter regarding our client.

Best,
Joe


**F. Joseph Warin PC**

# GIBSON DUNN

Gibson, Dunn & Crutcher LLP
1050 Connecticut Avenue, N.W., Washington, DC 20036-5306
Tel +1 202.887.3609 • International Mobile +1 202.213.3597
FWarin@gibsondunn.com • www.gibsondunn.com • http://www.gibsondunn.com/lawyers/fwarin

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.

Confidentiality Notice: This e-mail message, including any attachments, from the U.S. Securities and Exchange Commission is for the exclusive use of the intended recipient(s) and may contain confidential and privileged information. If you are not the intended recipient, please do not read, distribute, or take action in reliance upon the message. If you have received this message in error, please notify the sender immediately by return e-mail and promptly delete this message and its attachments from your computer system. Be advised that no privileges are waived by the transmission of this message.

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.