# EXHIBIT D

# (Redacted for Public Filing)

# GIBSON DUNN

Gibson, Dunn & Crutcher LLP

1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
Tel 202.955.8500
www.gibsondunn.com

F. Joseph Warin
Direct: +1 202.887.3609
Fax: +1 202.530.9608
FWarin@gibsondunn.com

**FOIA CONFIDENTIAL TREATMENT REQUESTED**

Client: 31597-00001

May 12, 2021

VIA ELECTRONIC MAIL

Tejal Shah, Esq.
U.S. Securities and Exchange Commission
New York Regional Office
200 Vesey St., Suite 400
New York, NY 10281-1022

Re:   Gerald W. Fauth

Dear Tejal:

We write in response to your email message of May 6, 2021, requesting that Mr. Fauth provide testimony to the Staff in the coming weeks. Mr. Fauth continues to suffer from ▮▮▮ medical conditions, as we outlined most recently in our letter of March 25, 2021. Mr. Fauth ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ and that will continue through the end of June. As part of this medical regimen, Mr. Fauth is ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

After completing this ▮▮▮▮▮ next month, Mr. Fauth will be given a comprehensive medical evaluation by ▮▮▮▮ on June 17, 2021 in order to determine ▮▮▮▮▮ Mr. Fauth will request a letter to the Staff from ▮▮▮ to provide a description of his medical condition after undergoing that comprehensive medical evaluation.

\*   \*   \*

# GIBSON DUNN

Tejal Shah, Esq.
May 12, 2021
Page 2

Given that we have shared Mr. Fauth's confidential medical information with you, we ask that you treat this letter and its contents with the utmost confidence, and that the Commission afford confidential treatment to this letter under the Freedom of Information Act, 5 U.S.C. § 552, the Health Insurance Portability and Accountability Act, Pub. L. 104-191, and any other applicable statutes or regulations.

                \*    \*    \*

Please do not hesitate to contact me should you have questions.

Sincerely,


F. Joseph Warin