# EXHIBIT G

| | |
|---|---|
| **From:** | Brown, Nancy A |
| **To:** | "epatterson@gibsondunn.com"; "fwarin@gibsondunn.com"; "bwilliamson@gibsondunn.com" |
| **Cc:** | Pollock, Sheldon L.; Enright, John |
| **Subject:** | Gerald Fauth |
| **Date:** | Monday, June 21, 2021 11:43:00 AM |

Gentlemen,

We understand from past correspondence that Mr. Fauth underwent a comprehensive medical evaluation on June 17th. Would you please let us know when we can expect to know the results of that evaluation, particularly as it relates to Mr. Fauth's ability to continue working and when he will be able to sit for two to three hours of remote testimony?

Thank you.