# EXHIBIT H

# (Redacted for Public Filing)

# GIBSON DUNN

Gibson, Dunn & Crutcher LLP

1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
Tel 202.955.8500
www.gibsondunn.com

F. Joseph Warin
Direct: +1 202.887.3609
Fax: +1 202.530.9608
FWarin@gibsondunn.com

Client: 31597-00001

**FOIA CONFIDENTIAL TREATMENT REQUESTED**

June 29, 2021

VIA ELECTRONIC MAIL

Nancy Brown, Esq.
U.S. Securities and Exchange Commission
New York Regional Office
200 Vesey St., Suite 400
New York, NY 10281-1022

Re:  Gerald W. Fauth

Dear Nancy,

As the May 25, 2021 letter from ███████ described, Mr. Fauth has had a recent ███████. Furthermore, Mr. Fauth will continue to ███████. After Mr. Fauth has completed ███████ his physicians will jointly evaluate his health. We will update the Staff when additional relevant information becomes available.

Given that we have shared our client's confidential medical information with you, we ask that you treat this letter and its contents with the utmost confidence, and that the Staff afford confidential treatment to this letter under the Freedom of Information Act, 5 U.S.C. § 552, the Health Insurance Portability and Accountability Act, Pub. L. 104-191, and any other applicable statutes or regulations.

Please do not hesitate to contact me should you have questions.

Sincerely,

F. Joseph Warin

Beijing • Brussels • Century City • Dallas • Denver • Dubai • Frankfurt • Hong Kong • Houston • London • Los Angeles • Munich
New York • Orange County • Palo Alto • Paris • San Francisco • São Paulo • Singapore • Washington, D.C.