# EXHIBIT I

# (Redacted for Public Filing)

# GIBSON DUNN

Gibson, Dunn & Crutcher LLP

1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
Tel 202.955.8500
www.gibsondunn.com

F. Joseph Warin
Direct: +1 202.887.3609
Fax: +1 202.530.9608
FWarin@gibsondunn.com

**FOIA CONFIDENTIAL TREATMENT REQUESTED**

Client: 31597-00001

August 17, 2021

VIA ELECTRONIC MAIL

Nancy Brown, Esq.
U.S. Securities and Exchange Commission
New York Regional Office
200 Vesey St., Suite 400
New York, NY 10281-1022

Re:   Gerald W. Fauth

Dear Nancy,

In his May 25, 2021 letter, ▓▓▓ detailed and described Mr. Fauth's ▓▓▓ medical condition and his ongoing course of treatment, which we echoed in our June 29, 2021 letter. In addition, Mr. Fauth continues to suffer from ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓. Finally, he has appointments scheduled through the end of this month to determine ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓. We will update the Staff when additional relevant information becomes available.

Given that we have shared our client's confidential medical information with you, we ask that you treat this letter and its contents with the utmost confidence, and that the Staff afford confidential treatment to this letter under the Freedom of Information Act, 5 U.S.C. § 552, the Health Insurance Portability and Accountability Act, Pub. L. 104-191, and any other applicable statutes or regulations.

Please do not hesitate to contact me should you have questions.

Sincerely,

F. Joseph Warin

Beijing • Brussels • Century City • Dallas • Denver • Dubai • Frankfurt • Hong Kong • Houston • London • Los Angeles • Munich
New York • Orange County • Palo Alto • Paris • San Francisco • São Paulo • Singapore • Washington, D.C.