# EXHIBIT L

# (Redacted for Public Filing)

| | |
|---|---|
| **From:** | Brown, Nancy A |
| **To:** | "Patterson, Edward C."; "Warin, F. Joseph"; "Williamson, Brian" |
| **Cc:** | Enright, John; Pollock, Sheldon L.; Shah, Tejal |
| **Subject:** | RE: Gerald Fauth |
| **Date:** | Thursday, October 7, 2021 2:31:00 PM |

Ed and Joe,

We had hoped to have the information we requested below by now. Please let us know when we can expect to hear from you so we can better understand your inability to discuss a date for Mr. Fauth's limited, remote testimony, or even the kinds of accommodations that would ease the burden on Mr. Fauth. As I am sure you can appreciate, having Mr. Fauth answer written questions is no substitute for live testimony where we can ask follow up questions and refresh his recollection with documents.

In regard to accommodations, and as we've offered in our various prior communications, we are prepared to conduct the testimony remotely and to limit the total questioning to no more than three hours, with whatever breaks your client needs. Additionally, we would not object to breaking up the session over several days, and to allow Mr. Fauth's physician to attend (at his expense), if he or his doctors deem that advisable.

Thank you.


**From:** Brown, Nancy A
**Sent:** Thursday, September 30, 2021 10:39 AM
**To:** 'Patterson, Edward C.' <EPatterson@gibsondunn.com>; Warin, F. Joseph <FWarin@gibsondunn.com>; Williamson, Brian <BWilliamson@gibsondunn.com>
**Cc:** Enright, John <enrightj@SEC.GOV>; Pollock, Sheldon L. <PollockS@SEC.GOV>; Shah, Tejal <shahte@SEC.GOV>
**Subject:** RE: Gerald Fauth

Ed and Joe,

Thank you for your letter of yesterday, which we received this morning after I sent my letter of today.

While we appreciate the update on Mr. Fauth's health issues, your letter does not include the information I requested this morning about Mr. Fauth's work at the NMB. Please provide that information as soon as possible.

Thank you.


**From:** Patterson, Edward C. <EPatterson@gibsondunn.com>
**Sent:** Thursday, September 30, 2021 9:23 AM
**To:** Brown, Nancy A <BrownN@SEC.GOV>; Warin, F. Joseph <FWarin@gibsondunn.com>; Williamson, Brian <BWilliamson@gibsondunn.com>
**Cc:** Enright, John <enrightj@SEC.GOV>; Pollock, Sheldon L. <PollockS@SEC.GOV>; Shah, Tejal <shahte@SEC.GOV>
**Subject:** RE: Gerald Fauth

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Dear Nancy:

Please see the attached correspondence.

Best regards,
Ed

**Edward C. Patterson**

# GIBSON DUNN

Gibson, Dunn & Crutcher LLP
1050 Connecticut Avenue, N.W., Washington, DC 20036-5306
Tel +1 202.887.3756 • Mobile +1 703.965.8752 • Fax +1 202.530.9586
EPatterson@gibsondunn.com • www.gibsondunn.com


**From:** Brown, Nancy A <BrownN@SEC.GOV>
**Sent:** Friday, September 17, 2021 3:58 PM
**To:** Patterson, Edward C. <EPatterson@gibsondunn.com>; Warin, F. Joseph <FWarin@gibsondunn.com>; Williamson, Brian <BWilliamson@gibsondunn.com>
**Cc:** Enright, John <enrightj@SEC.GOV>; Pollock, Sheldon L. <PollockS@SEC.GOV>; Shah, Tejal <shahte@SEC.GOV>
**Subject:** FW: Gerald Fauth

[WARNING: External Email]

Ed,

In your last correspondence, attached, you indicated that Mr. Fauth would be evaluated at the end of August regarding his ongoing health issues. Since it is now more than two weeks into September, we're hoping you have some "additional relevant information" for us.

As you know, we have sought a testimony session of no more than three hours, held via video-conference, for months now. And we have offered to discuss accommodations for Mr. Fauth's condition including, setting the session for a date convenient for Mr. Fauth, frequent breaks, and whatever other reasonable accommodations you might propose. In that context, and absent some explanation from you or one of Mr. Fauth's doctors, we continue to have difficulty understanding how it is that Mr. Fauth can continue to handle the significant and undoubtedly taxing and stressful daily responsibilities associated with his Chairmanship of the US National Mediation Board, but is so unwell that you all will not even discuss a date for a three hour session of remote testimony with reasonable accommodations.

Please provide us with an update.


**From:** Patterson, Edward C. <EPatterson@gibsondunn.com>
**Sent:** Wednesday, August 18, 2021 9:08 AM

**To:** Brown, Nancy A <BrownN@SEC.GOV>; Warin, F. Joseph <FWarin@gibsondunn.com>; Williamson, Brian <BWilliamson@gibsondunn.com>
**Cc:** Pollock, Sheldon L. <PollockS@SEC.GOV>; Enright, John <enrightj@SEC.GOV>
**Subject:** RE: Gerald Fauth

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Dear Nancy,

Please see the attached correspondence.

Best regards,
Ed

**Edward C. Patterson**

## GIBSON DUNN

Gibson, Dunn & Crutcher LLP
1050 Connecticut Avenue, N.W., Washington, DC 20036-5306
Tel +1 202.887.3756 • Mobile +1 703.965.8752 • Fax +1 202.530.9586
EPatterson@gibsondunn.com • www.gibsondunn.com

**From:** Brown, Nancy A <BrownN@SEC.GOV>
**Sent:** Tuesday, August 17, 2021 10:36 AM
**To:** Patterson, Edward C. <EPatterson@gibsondunn.com>; Warin, F. Joseph <FWarin@gibsondunn.com>; Williamson, Brian <BWilliamson@gibsondunn.com>
**Cc:** Pollock, Sheldon L. <PollockS@SEC.GOV>; Enright, John <enrightj@SEC.GOV>
**Subject:** FW: Gerald Fauth

[WARNING: External Email]

Could you all please respond to the below with any updates?
Thank you.

**From:** Brown, Nancy A
**Sent:** Monday, August 9, 2021 5:24 PM
**To:** 'Patterson, Edward C.' <EPatterson@gibsondunn.com>; Warin, F. Joseph <FWarin@gibsondunn.com>; Williamson, Brian <BWilliamson@gibsondunn.com>
**Cc:** Pollock, Sheldon L. <PollockS@SEC.GOV>; Enright, John <enrightj@SEC.GOV>
**Subject:** RE: Gerald Fauth

Ed,
Could we please get an update from you regarding Mr. Fauth's health issues that you have cited as precluding his availability for a short remote testimony session? Your June 29 letter mentioned that

████████████████████████████████████████ he would undergo the evaluation previously scheduled for June at that time. Has that evaluation been completed?
Thank you.

**From:** Patterson, Edward C. <EPatterson@gibsondunn.com>
**Sent:** Tuesday, June 29, 2021 8:45 PM
**To:** Brown, Nancy A <BrownN@SEC.GOV>; Warin, F. Joseph <FWarin@gibsondunn.com>; Williamson, Brian <BWilliamson@gibsondunn.com>
**Cc:** Pollock, Sheldon L. <PollockS@SEC.GOV>; Enright, John <enrightj@SEC.GOV>
**Subject:** RE: Gerald Fauth

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Dear Nancy:

We hope you are well. Please see the attached correspondence.

Best regards,
Ed

**Edward C. Patterson**

# GIBSON DUNN

Gibson, Dunn & Crutcher LLP
1050 Connecticut Avenue, N.W., Washington, DC 20036-5306
Tel +1 202.887.3756 • Mobile +1 703.965.8752 • Fax +1 202.530.9586
EPatterson@gibsondunn.com • www.gibsondunn.com

**From:** Brown, Nancy A <BrownN@SEC.GOV>
**Sent:** Monday, June 21, 2021 11:44 AM
**To:** Patterson, Edward C. <EPatterson@gibsondunn.com>; Warin, F. Joseph <FWarin@gibsondunn.com>; Williamson, Brian <BWilliamson@gibsondunn.com>
**Cc:** Pollock, Sheldon L. <PollockS@SEC.GOV>; Enright, John <enrightj@SEC.GOV>
**Subject:** Gerald Fauth

[External Email]
Gentlemen,

We understand from past correspondence that Mr. Fauth underwent a comprehensive medical evaluation on June 17th. Would you please let us know when we can expect to know the results of that evaluation, particularly as it relates to Mr. Fauth's ability to continue working and when he will be able to sit for two to three hours of remote testimony?
Thank you.

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.