# EXHIBIT M

# (Redacted for Public Filing)

# GIBSON DUNN

Gibson, Dunn & Crutcher LLP

1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
Tel 202.955.8500
www.gibsondunn.com

F. Joseph Warin
Direct: +1 202.887.3609
Fax: +1 202.530.9608
FWarin@gibsondunn.com

Client: 31597-00001

## FOIA CONFIDENTIAL TREATMENT REQUESTED

October 19, 2021

VIA ELECTRONIC MAIL

Nancy Brown, Esq.
U.S. Securities and Exchange Commission
New York Regional Office
200 Vesey St., Suite 400
New York, NY 10281-1022

Re:   Gerald W. Fauth

Dear Ms. Brown:

We are responding to your email of October 18, 2021. As explained in our September 29, 2021 correspondence, Mr. Fauth is scheduled to meet with ▓▓▓ on October 28, 2021—less than two weeks from now. ▓▓▓ will evaluate Mr. Fauth's ▓▓▓ Mr. Fauth is dealing with ▓▓▓ as well, in coordination with his family doctor. We would be happy to discuss this matter further with you after Mr. Fauth's upcoming appointment, but he cannot be made available for testimony on the timeline in your email. Please let us know your availability for a call on Tuesday, November 2, 2021.

We ask that you treat this letter and its contents with the utmost confidence, and that the Staff afford confidential treatment to this letter under the Freedom of Information Act, 5 U.S.C. § 552, the Health Insurance Portability and Accountability Act, Pub. L. 104-191, and any other applicable statutes or regulations.

Again, please let us know a time at which you could speak on November 2. Do not hesitate to contact me should you have questions.

Sincerely,

/s/ F. Joseph Warin

F. Joseph Warin