# EXHIBIT O

# 2021 Determinations

| Page Cite | Date | Case | Carrier | Union | Craft/Class | Disposition | 48 NMB Number |
|---|---|---|---|---|---|---|---|
| 1 | 10/27/2020 | R-7550 | Amerijet International, Inc. | International Brotherhood of Teamsters (IBT) | Pilots | Certification | 1 |
| 3 | 10/29/2020 | R-7554 (CR-7212) | G2 Secure Staff | Service Employees International Union (SEIU) | Cleaners and Drivers | Findings upon Investigation – Dismissal | 2 |
| 16 | 10/30/2020 | R-7553 | Northern Air Cargo | International Association of Machinists and Aerospace Workers | Mechanics and Related Employees | Dismissal | 3 |
| 18 | 10/30/2020 | R-7552 (CR-7215) | Wisconsin Central Ltd. | International Longshoremen's Association (ILA) | Freight Loaders and Handlers | Findings upon Investigation – Dismissal | 4 |
| 35 | 11/2/2020 | R-7556 (CR-7219) | New Jersey Transit | National Association of Transportation Supervisors (NATS) | Foremen, Levels I and II | Dismissal – Withdrawn during Investigation | 5 |
| 36 | 11/17/2020 | R-7558 (CR-7220) | 21 Air, LLC | 21 Air Pilots Association | Pilots | Dismissal – Withdrawn during Investigation | 6 |
| 37 | 12/2/2020 | R-7560 (CR-7217) | Bristow Group Inc., d/b/a Bristow U.S. LLC/ERA Group Inc. | Office and Professional Employees International Union (OPEIU) | Mechanics and Related Employees | Findings upon Investigation – Single Carrier Determination | 7 |
| 51 | 12/2/2020 | R-7561 | Bristow Group Inc., d/b/a | OPEIU | Pilots | Findings upon Investigation | 8 |

| | | | | | | – Single Carrier Determination | |
|---|---|---|---|---|---|---|---|
| | | (CR-7218) | Bristow U.S. LLC/ERA Group Inc. | | | | |
| 65 | 12/30/2020 | RD-7552 | Brownsville & Rio Grande International Railway, LLC | International Association of Sheet Metal, Air, Rail and Transportation Workers (SMART) | Locomotive Mechanics | Dismissal – | 9 |
| 67 | 1/11/2021 | R-7559 | 21 Air, LLC | 21 Air Pilots Association | Pilots | Certification | 10 |
| 70 | 1/27/2021 | R-7560 | Bristow Group Inc., d/b/a Bristow U.S. LLC/ERA Group Inc. | OPEIU | Mechanics and Related Employees | Findings upon Investigation – Authorization of Elections | 11 |
| 73 | 2/8/2021 | R-7551 | Republic Airways | International Association of Machinists and Aerospace Workers (IAM) | Mechanics and Related Employees | Dismissal – Insufficient Showing of Interest | 12 |
| 75 | 2/10/2021 | R-7561 | Bristow Group Inc., d/b/a Bristow U.S. LLC (Bristow) / Era Group Inc. (Era) | OPEIU | Pilots | Findings upon Investigation – Authorization of Elections | 13 |
| 76 | 03/12/2021 | R-7560 | Bristow Group Inc./ERA Group Inc. | Office and Professional Employees International Union (OPEIU) | Mechanics and Related Employees | Dismissal | 14 |
| 77 | 03/26/2021 | R-7561 | Bristow Group Inc./ERA Group Inc. | Office and Professional Employees International Union (OPEIU) | Pilots | Dismissal | 15 |
| 78 | 04/01/2021 | R-7562 | Western Global Airlines | Air Line Pilots Association, International (ALPA) | Pilots | Appeal is Denied | 16 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 79 | 04/06/2021 | R-7562 | Western Global Airlines | Air Line Pilots Associations, International (ALPA) | Pilots | Certification | 17 |
| 80 | 9/2/2021 | R-7557 | American Airlines/TWU/IAM Association and AMFA | Aircraft Mechanics Fraternal Association (AMFA) | Mechanics and Related Employees | Dismissal | 18 |
| 81 | 9/29/2021 | R-7557 | American Airlines/TWU/IAM Association and AMFA | Aircraft Mechanics Fraternal Association (AMFA) | Mechanics and Related Employees | Appeal Denied | 19 |