# EXHIBIT Q

# Fauth Assumes NMB Chairmanship

**NATIONAL MEDIATION BOARD**



**July 1, 2021**

**FOR IMMEDIATE RELEASE**

**NATIONAL MEDIATION BOARD**

Contact: NMB Public Information Line — (202) 692-5050

**Re: Fauth Assumes NMB Chairmanship**

**Washington, DC** — The National Mediation Board (NMB) is pleased to announce that Gerald W. Fauth III has been named Chairman of the NMB, effective July 1, 2021. Kyle Fortson and Linda Puchala remain as Board Members. Chairman Fauth was nominated as a NMB Board Member by President Donald J. Trump on June 29, 2017 and was confirmed by the United States Senate on November 2, 2017. He previously served as Chairman from November 9, 2017 to June 30, 2018. Mr. Fauth has more than 40 years of experience in the private sector and Federal government working on issues related to transportation. As a NMB Board Member, he has helped manage and facilitate successful mediations, arbitrations, and elections involving railroads and airlines. During his previous term as Chairman, he undertook and led a major reorganization of the Board. This involved the creation of offices and positions for a Chief Financial Officer and a Chief Information Officer which helped modernize the Board, increase financial and data security, and greatly improved the efficiency and functioning of the Board. He is a graduate of Hampden-Sydney College in Virginia and earned a BA in History.

*******************

The National Mediation Board (NMB) is an independent agency created by the Railway Labor Act, which governs labor management relations in the railroad and airline industries. To avoid serious disruptions to the Nation's economy and protect the public interest, the Act imposes on carriers and their employees the duty of settling disputes through negotiation, mediation, and arbitration. The NMB, headed by three Presidential appointees, has as its chief statutory responsibilities: (1) mediation of collective bargaining disputes; (2) determination of employee representation for collective bargaining processes; and (3) administration of a grievance arbitration system.

Contact: NMB Public Information Line: 202-692-5050

# # #

To add [or delete] your name or others in your organization to the NMB Email List for Press Releases, send name, title, organization, email address, and business telephone number to PDO@NMB.GOV.