# EXHIBIT R

BRIEFING ROOM

# President Biden Announces Six Key Nominations

JULY 02, 2021 • STATEMENTS AND RELEASES

WASHINGTON – Today, President Joe Biden announced his intent to nominate the following Six individuals to serve in key roles:

- Alexander Hoehn-Saric, Nominee for Chair of the Consumer Product Safety Commission

- Mary Boyle, Nominee for Commissioner of the Consumer Product Safety Commission

- Gerald Fauth, Nominee for Member of the National Mediation Board

- Linda Puchala, Nominee for Member of the National Mediation Board

- Betty Jang, Nominee for Member of the Board of Trustees of the Harry S. Truman Scholarship Foundation

- Audrey Schuster, Nominee for Member of the Board of Trustees of the Harry S. Truman Scholarship Foundation

## Alexander Hoehn-Saric, Nominee for Chair of the Consumer Product Safety Commission

Alexander Hoehn-Saric is Chief Counsel for Communications and Consumer Protection for the U.S. House of Representatives Committee on Energy & Commerce. In this position, he works on legislation and oversight related to product safety, consumer protection, and communications. Hoehn-Saric also served at the Department of Commerce as the Deputy General Counsel for Strategic Initiatives. Prior to that, he was senior counsel for the U.S. Senate Committee on Commerce, Science and Transportation Committee where he was responsible for product safety and consumer protection matters.

The son of first-generation immigrants from China and Austria, Hoehn-Saric grew up in Baltimore, Maryland. He received a bachelor's degree in political science from the University of Chicago and a J.D. from UCLA Law School. Hoehn-Saric and his wife Loren, currently reside in Maryland with their son and daughter.

## Mary Boyle, Nominee for Commissioner of the Consumer Product Safety Commission

Mary T. Boyle, the current Executive Director of the U.S. Consumer Product Safety Commission (CPSC), has spent more than a decade at CPSC in senior positions across the agency and is a member of the Senior Executive Service. Her work has covered a broad range of issues, including policy, administration, legal questions, budgets, product recalls, negotiations, rules and regulations, and agency morale.

Before joining the Commission staff, Ms. Boyle developed affordable housing programs for the city of Gaithersburg, Md., worked in private practice at a major international law firm, and served on Capitol Hill as a staff member for the late Congressman Steve Solarz and for the Asia and Pacific Subcommittee of the House Foreign Affairs Committee. Ms. Boyle received her B.A. in English from Georgetown University in 1985 and her law degree from the University of Virginia in 1991. She is a member of the District of Columbia and Maryland Bars. She was born and raised in Brooklyn, New York. She now lives with her husband in Bethesda, Maryland. They have three adult children, James, Julia, and Margot.

### Gerald W. Fauth III, Nominee for Member of the National Mediation Board

Gerald W. Fauth III currently serves as Chairman of the National Mediation Board (NMB), where he has served as a Board Member since November 2017.

Mr. Fauth has 40 years of experience in the private sector and Federal government working in the transportation industry. He has been directly involved in negotiating, mediating, arbitrating, facilitating, supporting and/or deciding the resolution of hundreds of complex transportation problems and disputes during his long career. In addition to his NMB experience, from 1999 to 2003, Mr. Fauth served at the U.S. Surface Transportation Board (STB), where he served as Chief of Staff and Senior Advisor to a Board Member and was directly involved in the decision-making process in hundreds of formal written decisions involving all matters of STB jurisdiction. In 1998, Mr. Fauth was named by the STB an original member of the Conrail Transaction Council, which was established in order to provide a forum for constructive dialogue and timely and efficient communication of information in order to resolve implementation problems and railroad service concerns associated with the Conrail railroad transaction, which was the largest railroad transaction in history.

Mr. Fauth holds a Bachelor's degree from Hampden-Sydney College in Virginia.

### Linda Puchala, Nominee for Member of the National Mediation Board

Linda Puchala was first confirmed as Member of the National Mediation Board by the United States Senate on May 21, 2009. Ms. Puchala previously served as Chairman from July 1, 2011 through June 30, 2012, July 1, 2013 through June 30, 2014, from July 1, 2016 through June 30,

2017, and from July 1, 2019 through June 30, 2020. Her most recent Senate confirmation came on November 2, 2017.

Prior to becoming a Member, Ms. Puchala served 10 years at the National Mediation Board as a Mediator, Sr. Mediator (ADR) and the Associate Director of Alternative Dispute Resolution Services. Ms. Puchala's prior labor relations experience includes work as International President of the Association of Flight Attendants-CWA, AFL-CIO and Staff Director, Michigan State Employees Association, AFSCME, AFL-CIO.

A Michigan native, Ms. Puchala resides in Glen Burnie, Maryland, and holds a Bachelor's degree in Business Administration from Cleary University in Howell, Michigan.

## Betty Y. Jang, Nominee for Member of the Board of Trustees of the Harry S. Truman Scholarship Foundation

Ms. Jang is an executive with over 25 years of legal, compliance, and leadership experience. She most recently was an executive at publicly-traded companies. She has previously provided legal counsel at several Fortune 250 corporations, practiced law at a national law firm, and taught as an adjunct professor at the University of Illinois College of Law.

Ms. Jang began her career as an assistant public defender with the Office of the Cook County Public Defender. She has served as a scholarship evaluator for the APIA Scholars program, is an alumnus of the United State of Women Galvanize Chicago Program, and has held numerous board positions in local, state, and national bar associations. She received her B.A. from the University of Illinois and her J.D. from Chicago-Kent College of Law.

## Audrey K. Schuster, Nominee for Member of the Board of Trustees of the Harry S. Truman Scholarship Foundation

Audrey K. Schuster has been an active leader volunteer in the education and family service community for over 30 years. Schuster has dedicated her time and resources to families throughout the Boston community with a particular focus on mentoring youth and young mothers. For the last 16 years, Schuster has served as a trained volunteer for the Visiting Moms Program for Boston's Jewish Family & Children's Services, a 100-year-old organization that helps seniors families and children who are experiencing hunger, poverty or domestic abuse. Schuster's responsibilities include weekly in-home visits to serve families in need of support as they adjust to parenthood, isolation and food insecurity.

Schuster has been an active fundraiser and philanthropist, chairing record-breaking development activities for numerous organizations, including the Brain Tumor Society, the

Dana Farber Institute, Tufts Medical School and Brandeis University Women's Studies Research Center. She has served as a Committee Member of the Rivers School, the Meadowbrook School and Wheaton College to help address strategic issues and challenges facing their student and academic communities. Schuster is a graduate of Simmons University. She the loving wife to real estate developer Mark Schuster and the proud mother of their three children – Elizabeth, Nikki and John and their granddaughter Flynn.

###