UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------- x

SECURITIES AND EXCHANGE
COMMISSION,

                              Petitioner,

              -against-

GERALD FAUTH,

                            Respondent.

------------------------------------------------------- x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __October 27, 2021__

**21-mc-787 (ALC)**

**<u>AMENDED ORDER</u>**

**ANDREW L. CARTER, JR., United States District Judge:**

        The Court shall adopt the Show Cause schedule previously ordered by the Honorable Lewis J. Liman. *See* Case No. 21-mc-783-LJL, ECF No. 8. Courtesy copies of all papers shall be emailed to alcarternysdchambers@nysd.uscourts.gov. The Court shall hold the Show Cause hearing by telephone on **Friday, October 29, 2021 at 3:30 p.m.**. The parties should contact the Court at **1-888-363-4749 (access code: 3768660)**.

**SO ORDERED.**

Dated:     **October 27, 2021**
            **New York, New York**

_____
       **ANDREW L. CARTER, JR.**
        **United States District Judge**