# Exhibit 1

| | |
|---|---|
| **From:** | Mann, James (CRM) <James.Mann@usdoj.gov> |
| **Sent:** | Friday, September 11, 2020 9:50 AM |
| **To:** | Warin, F. Joseph |
| **Cc:** | Shah, Tejal; Gaston, Molly (USADC) |
| **Subject:** | Gerald Fauth |

[External Email]

Joe:  Do you have a day/time early next week that would work for a call regarding a potential proffer of your client, Gerald Fauth?

Thank you.

James C. Mann
Trial Attorney
Public Integrity Section
Criminal Division
Desk (202) 305-4763
James.Mann@usdoj.gov

1