# Exhibit 6

# GIBSON DUNN

Gibson, Dunn & Crutcher LLP

1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
Tel 202.955.8500
www.gibsondunn.com

F. Joseph Warin
Direct: +1 202.887.3609
Fax: +1 202.530.9608
FWarin@gibsondunn.com

Client: 31597-00001

**FOIA CONFIDENTIAL TREATMENT REQUESTED**

January 27, 2021

VIA ELECTRONIC MAIL

Molly Gaston, Esq.
Fraud and Public Corruption Section
U.S. Attorney's Office for the District of Columbia
555 4th Street NW, Room 5241
Washington, D.C. 20530

James Mann, Esq.
Public Integrity Section
Criminal Division
U.S. Department of Justice
1331 F Street NW
Washington, D.C. 20004

Re:   Gerald W. Fauth

Dear Counsel:

We write regarding the investigation that the U.S. Attorney's Office for the District of Columbia and the Public Integrity Section have conducted of our client, Gerald W. Fauth. As we discussed yesterday, we have read articles in the *New York Times* and elsewhere reporting that the Department of Justice had closed a related investigation of Senator Richard Burr.

Thank you for confirming during yesterday's telephone call with us that your offices' investigation of our client is now closed.

We deeply appreciate the professionalism with which your offices investigated this matter. We hope that you and your loved ones avoid the ravages of the coronavirus. Please do not hesitate to contact us should you have any questions.

Sincerely,

F. Joseph Warin

Beijing • Brussels • Century City • Dallas • Denver • Dubai • Frankfurt • Hong Kong • Houston • London • Los Angeles • Munich
New York • Orange County • Palo Alto • Paris • San Francisco • São Paulo • Singapore • Washington, D.C.