# Declaration of Albert Herrera

*To Be Filed Under Seal*