| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC#: _____<br>DATE FILED: November 5, 2021 |

-----------------------------------------------------------  x

SECURITIES AND EXCHANGE COMMISSION,

                Applicant,

       -against-

GERALD FAUTH,

                Respondent.

-----------------------------------------------------------  x

21-mc-787 (ALC)

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

       The Court is in receipt of Respondent's status report and accompanying declaration. ECF Nos. 26-27. Applicant is ordered to respond to Respondent's submission and address Respondent's accommodation proposals. Applicant's submission shall be filed no later than **Tuesday, November 9, 2021**.

**SO ORDERED.**

Dated:   **November 5, 2021**
            **New York, New York**

                                                      **ANDREW L. CARTER, JR.**
                                                      **United States District Judge**