UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x

SECURITIES AND EXCHANGE COMMISSION,

                Applicant,

           -against-

GERALD FAUTH,

                Respondent.

------------------------------------------------------ x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: November 5, 2021

21-mc-787 (ALC)

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

The Court is in receipt of Applicant's response to Respondent's status report, filed today (ECF No. 28). Accordingly, the Order to Respond (ECF No. 29) is hereby VACATED.

The Court shall hold a hearing by telephone on **Wednesday, November 10, 2021 at 4:00 p.m.** All parties shall appear. The parties should contact the Court at **1-888-363-4749 (access code: 3768660)**.

**SO ORDERED.**

Dated:   **November 5, 2021**
             **New York, New York**

                                        **ANDREW L. CARTER, JR.**
                                        **United States District Judge**