| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK<br>------------------------------------------------------------ x<br>SECURITIES AND EXCHANGE<br>COMMISSION,<br><br>                    Applicant,<br><br>           -against-<br><br>GERALD FAUTH,<br><br>                    Respondent.<br>------------------------------------------------------------ x | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC#: _____<br>DATE FILED: November 12, 2021<br><br>21-mc-787 (ALC)<br><br>**ORDER** |

**ANDREW L. CARTER, JR., United States District Judge:**

      In accordance with the Court's ruling at the hearing on November 10, 2021, Applicant Securities and Exchange Commission's ("SEC") application to compel Respondent's testimony is GRANTED. Respondent shall appear remotely for sworn testimony. The testimony shall last no longer than 2.5 hours, exclusive of breaks. Respondent shall be permitted to take as many breaks as needed. One week in advance of the testimony, the SEC shall provide topics and documents to Applicant, except for those documents contingent on Respondent's answers.

      The parties shall meet and confer regarding a date for the testimony session, to occur during the week of November 29, 2021. The parties shall submit a joint status report no later than **Tuesday, November 16, 2021**.

      The clerk of court is respectfully directed to terminate ECF No. 2.

**SO ORDERED.**

Dated:   November 12, 2021
               New York, New York

                                                         **ANDREW L. CARTER, JR.**
                                                           **United States District Judge**