| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC#: _____<br>DATE FILED: October 6, 2022 |

-----------------------------------------------------------x
:
**SECURITIES AND EXCHANGE COMMISSION,**
:
:
                    **Applicant,**
:     **21-mc-787 (ALC)**
:
             -against-
:     **DISMISSAL ORDER**
:
**GERALD FAUTH,**
:
:
                    **Respondent.**
-----------------------------------------------------------x

**ANDREW L. CARTER, JR., United States District Judge:**

      As the relief sought has been attained, *see* ECF No. 32, the Court respectfully directs the Clerk of Court to terminate this action.

**SO ORDERED.**

Dated:    **October 6, 2022**
               **New York, New York**

                                                      **ANDREW L. CARTER, JR.**
                                                         **United States District Judge**